IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30767
Conference Calendar

_____


DANIEL C. SULLIVAN,

                                        Plaintiff-Appellant,


versus

CHARLES C. FOTI, JR.;
UNIDENTIFIED PARTIES,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-220-B
- - - - - - - - - -
December 11, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Daniel C. Sullivan, Louisiana state prisoner #672555,
appeals from the district court's dismissal of his civil rights
complaint. He argues that a piece of his legal mail was opened
without his knowledge or consent. We have reviewed the record
and find no reversible error. This appeal is without arguable
merit and is thus frivolous. See Howard v. King, 715 F.2d 215,

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. We previously warned Sullivan that frivolous appeals could result in the imposition of sanctions against him. See Sullivan v. Orleans Indigent Defenders Program, No. 96-30218 (5th Cir. June 26, 1996). Accordingly, Sullivan is BARRED from filing any pro se, in forma pauperis, civil appeal in this court without the prior written approval of a judge of this court in active service. Further, he is BARRED from filing any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court. The clerk of this court and the clerks of all federal district courts subject to the jurisdiction of this court are directed to return to Sullivan, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.